**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

Debtor    Stephen M Kaminski,           Case No    19-13695    Chapter    13
Moving Creditor    LoanCare, LLC as servicing agent for    Date Case Filed    May 13, 2019
Lakeview Loan Servicing, LLC.

Nature of Relief Sought:  ☒ Lift Stay    ☐ Annul Stay    ☐ Other (describe): __

Chapter 13    Date of Confirmation Hearing    August 23, 2019    Date Plan Confirmed

1. Collateral
    a. ☒ Home
    b. ☐ Car _____
    c. ☐ Other (describe)_____

2. Balance Owed as of August 1, 2019 $216,503.79
   Total of all other Liens against Collateral $78,924.53 (per debtor's schedule)

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtor post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $194,000.00 (per Debtor's Schedules)

5. Default
    a. ☐ Pre-Petition Default
           Number of months __    Amount $_____
    b. ☒ Post-Petition Default
        i. ☒ On direct payments to the moving creditor
           Number of months 3    Amount $6,246.65 (including attorney's fees and costs)
        ii. ☐ On payments to the Standing Chapter 13 Trustee
           Number of months __    Amount $_____

6. Other Allegations
    a. ☒ Lack of Adequate Protection § 362(d)(1)
        i. ☐ No insurance
        ii. ☐ Taxes unpaid  Amount $ _____
        iii. ☐ Rapidly depreciating asset
        iv. ☒ Other (describe) Material payment default

    b. ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

    c. ☐ Other "Cause" § 362(d)(1)
        i. ☐ Bad Faith (describe) __
        ii. ☐ Multiple Filings
        iii. ☐ Other (describe) _____

    d. Debtor's Statement of Intention regarding the Collateral
        i. ☐ Reaffirm    ii. ☐ Redeem    iii. ☐ Surrender    iv. ☐ No Statement of Intention Filed

Date: August 22, 2019        Submitted By:    /s/Kinnera Bhoopal
                                              ARDC# 6295897
                                              McCalla Raymer Leibert Pierce, LLC