# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: Stephen M Kaminski | ) | Case no. 19-13695 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge: Lashonda A. Hunt |
| | ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

Stephen M Kaminski
3824 Squires Mill Rd
Joliet, IL  60431

David M Siegel
790 Chaddick Dr
Wheeling, IL 60090

Please take notice that on Friday, March 27, 2020 at 10:00 am, a representative of this office shall appear before the Honorable Judge Lashonda A. Hunt at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432 and present the motion set forth below.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Wednesday, February 19, 2020.

/s/ Louise Karmia

For:  Glenn Stearns, Trustee

## MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to Section 1307(c)(6), and in support thereof, states the following:

1. The debtor filed a petition under the Bankruptcy Code on May 13, 2019.
2. The debtor plan was confirmed on August 23, 2019.

A Summary of the debtor plan follows:

| | | | |
|---|---|---|---|
| Monthly Payment: | $825.00 | Last Payment Received: | October 31, 2019 |
| Amount Paid: | $3,576.54 | Amount Delinquent: | $3,698.46 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to Section 1307(c)(6).

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

/s/  Gerald Mylander

For:  Glenn Stearns, Trustee