UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   19-13695 |
| | ) | |
| STEPHEN KAMINSKI | ) | Chapter: 13 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | Joliet |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE AUTOMATIC STAY

      This cause, coming on to be heard pursuant to the Motion of Squires Mill Homeowners' Association to modify the automatic stay, Squires Mill Homeowners' Association  appearing by counsel, Ronald J. Kapustka of Kovitz Shifrin Nesbit, and the Court, being duly advised in the premises:

  NOW ORDERS:

  1. The Motion of Squires Mill Homeowners' Association to Modify the Automatic Stay is hereby granted.

  2. Squires Mill Homeowners' Association is hereby permitted to proceed with its eviction action in respect to the property commonly known as 3824 Squires Mill Road, Joliet, Illinois to file its lien on the property and to collect assessments against the Debtor pre and post-petition.

  3. Rule 4001 (a) (3) is not applicable, and the effect of this order is not stayed.

Enter: *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  April 17, 2020

**Prepared by:**

Ronald J. Kapustka
Kovitz Shifrin Nesbit
175 North Archer Ave., Mundelein, IL 60060
Tel. (847) 537-0500 / Fax (847) 537-0550
rkapustka@ksnlaw.com; ndaily@ksnlaw.com
ARDC No. 6203095
KSN FILE (CSQU001-61028)